Richard K. Grosboll, State Bar No. 099729
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA  94104-6702
Tel.      (415) 677-9440
Fax      (415) 677-9445
Email:  rgrosboll@neyhartlaw.com
            sdenardo@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 617, et al., <br><br> Plaintiffs, <br> v. <br><br> MCM & ASSOCIATES, INC., a California Corporation, <br><br> Defendant. | Case No.   C-06-3420 CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **Hearing Date:** <br> **Time:** <br> **Courtroom:**   8 <br> **Location:**    19th Floor, <br>               450 Golden Gate Ave. <br>               San Francisco, CA <br> **Judge:**       Hon. Charles R. Breyer |

NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action against all parties without prejudice.

Dated: August 3, 2006

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorneys for Plaintiffs

August 14, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

Case No. C-06-3420 CRB
NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE BY MAIL

I, the undersigned, delcare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104-6702. On August 9, 2006, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL**

On the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

MCM & ASSOCIATES, INC.
835 Stewart Drive.
Sunnyvale, California 94085

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 9, 2006, at San Francisco, California.

_____
Judy Dunworth